IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC L. HUNTER, individually, and on behalf of all others similarly situated, HAROLD R. JONES, individually, and on behalf of all others similarly situated, and THOMAS T. ROHRICK, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3170 |
| V. | ) ) | |
| SEARS, ROEBUCK AND COMPANY, DEERE & COMPANY, TECUMSEH PRODUCTS, Company, PLATINUM EQUITY, LLC, BRIGGS & STRATTON, Corporation, KAWASAKI MOTORS, Corp., UNITED STATES OF AMERICA, MTD PRODUCTS, Inc., TORO COMPANY, AMERICAN HONDA MOTOR, Company, Inc., ELECTROLUX HOME PRODUCTS, Inc., HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS, Inc., and KOHLER COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion to withdraw filed by Samuel D. Heins, Katherine T. Kelly, Eric G. Nasstrom and Joshua G. Hauble as counsel for plaintiffs, filing 15, is granted.  The clerk shall delete the foregoing attorneys from any future ECF notifications herein.

DATED this 2nd day of September, 2008.

BY THE COURT:

S/ *David L. Piester*

David L. Piester
United States Magistrate Judge